UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL XU and DANIEL VAZ-POCAS, individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-00510-SEG |

## J U D G M E N T

This action having come before the court, Honorable Judge Sarah E. Geraghty, United States District Judge, for consideration of Defendant's Motions for Summary Judgment, and the court having granted said motions, it is

**Ordered and Adjudged** that the plaintiffs' take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 18th day of January, 2023.

　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/ A. Edwards
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 18, 2023
Kevin P. Weimer
Clerk of Court

By:　s/ A. Edwards
　　　Deputy Clerk