# EXHIBIT 7

**FILED PROVISIONALLY UNDER SEAL**

AFTER SALES QUALITÄTSREPORTING

## 1.1    Top V New focus SAP FD

**Management Summary**

| V-QRZ | Complaint | KEFA | KDNR (Kund | Vehicles | MY | Cases | Case rate | |
|---|---|---|---|---|---|---|---|---|
| 800 | Gehäuse f Kühlmittelregler gerissen/gebrochen | Motor | 19601 | 92A Cayenne Turbo, 92A Cayenne S, 970 Panamera Turbo, 970 Panamera S | 2010..2011 | 31 | 0.06% | |

AFTER SALES QUALITÄTSREPORTING

| 2   New Top Topics Field | =(Distributor! M1) |
|---|---|

**X.X.X**          **Attaching loose coolant socket (FES 19601)**

### Overview

| Complaint | | | |
|---|---|---|---|
| Attaching loose coolant socket | | | |
| Vehicle types | | Model years | Market |
| Panamera S, Panamera Turbo, Cayenne S, Cayenne Turbo | | 2010..2011 | Worldwide |
| Delivered veh | Warranty cases | Cases/vehicles | |
| 47,823 | 31 | 0.06 % | |
| | | | V-QRZ |
| | | | 800 |

### Problem description and fault focus

Customers complain that the engine is losing coolant.

The workshop finds that the coolant nozzle has come loose from the coolant regulator housing.

The thermostat housing is replaced as a repair measure.



AFTER SALES QUALITÄTSREPORTING

## 2   New Top Topics Field =(Distributor! M1)

AFTER SALES QUALITÄTSREPORTING

## 2   New Top Topics Field     =(Distributor! M1)

### Statistics

To date, 31 vehicles have been subject to complaints and settled under warranty. Based on 47,823 vehicles delivered, this results in a complaint rate of 0.06%. Seven vehicles were accounted for as broken down.



AFTER SALES QUALITÄTSREPORTING

| 2 New Top Topics Field | =(Distributor! M1) |
|---|---|

AFTER SALES QUALITÄTSREPORTING

## 2   New Top Topics Field =(Distributor! M1)

AFTER SALES QUALITÄTSREPORTING

## 2  New Top Topics Field
=(Distributor! M1)

- VERTRAULICH -
Kopieren: nur gemäß Org.-Anw.G.OA.009, 8.12

AFTER SALES QUALITÄSREPORTING



AFTER SALES QUALITÄSREPORTING





AFTER SALES QUALITÄSREPORTING





AFTER SALES QUALITÄSREPORTING



AFTER SALES QUALITÄSREPORTING





AFTER SALES QUALITÄSREPORTING



AFTER SALES QUALITÄSREPORTING



AFTER SALES QUALITÄSREPORTING







AFTER SALES QUALITÄSREPORTING







AFTER SALES QUALITÄSREPORTING





AFTER SALES QUALITÄSREPORTING



AFTER SALES QUALITÄSREPORTING







AFTER SALES QUALITÄSREPORTING







AFTER SALES QUALITÄSREPORTING





 AFTER SALES QUALITÄSREPORTING 





AFTER SALES QUALITÄTSREPORTING



AFTER SALES QUALITÄTSREPORTING





**Top V Startselektion SAP FD**



AFTER SALES QUALITÄTSREPORTING







AFTER SALES QUALITÄTSREPORTING





AFTER SALES QUALITÄTSREPORTING



AFTER SALES QUALITÄTSREPORTING











AFTER SALES QUALITÄTSREPORTING



AFTER SALES QUALITÄTSREPORTING 



AFTER SALES QUALITÄTSREPORTING









AFTER SALES QUALITÄTSREPORTING









AFTER SALES QUALTISANSPORT MS